UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

"AGENT ORANGE"

PRODUCT LIABILITY LITIGATION
-----------------------------------------------------------X

CLEMENT J. KALAS,

        Plaintiff,

        -against-

DOW CHEMICAL COMPANY, et al.,

        Defendants.
-----------------------------------------------------------X

**JUDGMENT**

MDL No. 381

04-CV-4730

JACK B. WEINSTEIN, Senior District Judge:

Upon consideration of all pleadings, motions and proceedings and the full record in MDL No. 381 and in the above-captioned action, for the reasons stated in *Isaacson v. Dow Chem. Co.*, 344 F. Supp. 2d 873 (E.D.N.Y. 2004), and prior opinions in MDL No. 381,

## IT IS ORDERED AND ADJUDGED THAT:

1. Defendants Dow Chemical Company, Monsanto Company, Occidental Chemical Corporation, Hercules, Inc., T-H Agriculture and Nutrition Company, Inc., Thompson Hayward Chemical Company a/k/a Flementis Chemical Company, and Maxus Energy Corporation shall have judgment against Plaintiff Clement J. Kalas;

2. The action is dismissed on the merits; and



3. No costs or disbursements are awarded to any party against any other party.

SO ORDERED

/s/ Jack B. Weinstein

Dated: August 11, 2005
Brooklyn, New York